UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANIE HAWKINS and JILLIAN BARNETT, on
behalf of themselves and all others similarly
situated,

                         Plaintiffs,

      -against-

WELL PATH, LLC,

                         Defendant.
-----------------------------------------------------------X



19 **CIVIL** 8969 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2020, the defendant's motion to dismiss is DENIED WITHOUT PREJUDICE and the case is transferred to the United States District Court for the Middle District of Tennessee, pursuant to 28 U.S.C. § 1406(a).

**Dated:** New York, New York

      July 27, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        BY:

                                                      **Deputy Clerk**