UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANIE HAWKINS and JILLIAN BARNETT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELL PATH, LCC,<br><br>Defendant. | **Civil Action No: 3:20-cv-00657**<br><br>**Judge William L. Campbell, Jr.**<br><br>**Magistrate Judge Jeffrey S. Frensley** |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiffs, Janie Hawkins and Jillian Barnett, and Defendant, Wellpath, LLC, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal without prejudice of Plaintiffs' individual claims against Defendant and without prejudice of the putative class claims against Defendant. The dismissal of Plaintiffs' individual claims against Defendant will be with prejudice as of February 26, 2021, and thereafter. Each Party shall bear their own respective costs and attorneys' fees.

DATED: January 28, 2021    Respectfully submitted by:

**BRANSTETTER, STRANCH & JENNINGS, PLLC**

*/s/ Joe P. Leniski, Jr.*
J. Gerard Stranch, IV
Joe P. Leniski, Jr.
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com
Email: joeyl@bsjfirm.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
Joseph I. Marchese (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: 646-837-7150
Email: pfraietta@bursor.com
Email: jmarchese@bursor.com

*Attorneys for Plaintiffs*


*/s/ Laura P. Merritt*
Laura P. Merritt (Tenn. Bar No. 026482)
**Waller Lansden Dortch & Davis, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
Email: laura.merritt@wallerlaw.com

Beth-Ann Ellenberg Krimsky (*Pro Hac Vice*
Application To Be Filed)
**Greenspoon Marder Law**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954-527-2427
Fax: 954-333-4027
Email: beth-ann.krimsky@gmlaw.com

Jamey Robert Campellone (*Pro Hac Vice*
Application To Be Filed)
**Greenspoon Marder Law**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954-527-6296
Fax: 954-333-4027
Email: jamey.campellone@gmlaw.com

*Attorneys for Defendant Well Path, LLC*