# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANIE HAWKINS, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:20-cv-00657 |
| ) | |
| WELL PATH, LLC, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
|     Defendant. ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 57), indicating all claims in this case have been resolved, and this case should be dismissed. Accordingly, this case is **DISMISSED** pursuant to the agreements in the Joint Stipulation. The trial scheduled for July 26, 2022, and the pretrial conference scheduled for July 18, 2022, are cancelled. The pending Motion to Dismiss (Doc. No. 46) is **MOOT**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE